NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1183

STATE OF LOUISIANA
IN THE INTEREST OF B.J.S.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. JC 2002-0563
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Gregory L. Thibodeaux
Attorney at Law
115 West Main, Suite 16
Lafayette, LA 70501
(337) 232-8445
Counsel for Appellant:
    M.S.

Debra K. Basile
Attorney at Law
825 Kaliste Saloom Road
Brandywine I, Suite 218
Lafayette, LA 70508
(337) 262-5955
Counsel for Appellee:
    Louisiana Department of Social Services

**Vivian Veron Neumann**
**Attorney at Law**
**P. O. Box 2220**
**Lafayette, LA 70502**
**(337) 237-1113**
**Counsel for Appellee:**
        **B.J.S.**

**Allyson Claire Melancon Edwards**
**Attorney at Law**
**115 West Main Street, Suite 19**
**Lafayette, LA 70501**
**(337) 264-8027**
**Counsel for Appellee:**
        **C.S.**

**Jael Dugas**
**825 Kaliste Saloom Road**
**Brandywine II, Room 104**
**Lafayette, LA 70508**
**Counsel for Appellee:**
        **Lafayette Office of Community Services**